IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR SANTOS,<br><br>    Defendant.<br>_____/ | No. CR 11-0440 MMC<br><br>**ORDER RE: STIPULATION SETTING TRIAL DATE; VACATING EXISTING PRETRIAL AND TRIAL DATES; SETTING MARCH 21, 2012 STATUS CONFERENCE** |

    Before the Court is the parties' stipulation, filed March 9, 2012, by which the parties jointly seek a continuance of the remaining pretrial deadlines, the Pretrial Conference, and the trial date. Having read and considered the stipulation, the Court rules as follows:

    1. To the extent the parties seek an order vacating the remaining pretrial deadlines, the April 3, 2012 Pretrial Conference date, and the April 16, 2012 trial date, the stipulation is hereby GRANTED.

    2. To the extent the parties seek an order setting a new trial date and related dates, the matter is hereby continued to March 21, 2012, at 2:15 p.m., for a Status Conference.

    **IT IS SO ORDERED.**

Dated: March 13, 2012

                                             MAXINE M. CHESNEY
                                             United States District Judge