MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Deputy Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
STEPHEN MEYER (CABN 263954)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: cynthia.frey@usdoj.gov
          steve.meyer@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0440 MMC |
| Plaintiff, | STIPULATION REQUESTING PROTECTIVE ORDER, AND [PROPOSED] ORDER |
| v. | |
| VICTOR SANTOS, | |
| Defendant. | |

The parties respectfully stipulate as follows:

1. The United States expects to call Fingerprint Specialist Angela Pratt as a witness at trial in the above-captioned case.

2. Angela Pratt has an allegation of misconduct against her relating to her time and attendance while employed at the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). The United States would like to provide materials related to this allegation (the Protected Material) to defendant in advance of trial. The parties agree that it is appropriate to restrict disclosure of the Protected Material solely to defendant, defendant's counsel, and any other member of defendant's trial teams, including the investigative firm or any expert witnesses

STIPULATION AND PROPOSED ORDER
CR 11-0440 MMC

assisting in the preparation of the defense, in the above captioned matter and solely for use in preparing for and conducting the trial of the above-captioned matter. The parties agree that the persons described in the previous sentence should be barred from distributing the Protected Material to any other person or entity. Such persons are also barred from using it for any purpose other than trial in the above-captioned matter.

4. The parties respectfully ask the Court to enter a protective order consistent with this stipulation. A proposed order is set out below.

IT IS SO STIPULATED.

                                        MELINDA HAAG
                                        United States Attorney

DATED: July 10, 2012                     /s/
                                        CYNTHIA M. FREY
                                        Assistant United States Attorney

DATED: July 10, 2012                     /s/
                                        STEVE TEICH
                                        Attorney for VICTOR SANTOS

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulated request for a protective order, the Court hereby enters the following order:

The United States shall disclose forthwith to defendant's counsel the material relating to an allegation of misconduct against Angela Pratt relating to her time and attendance while employed at the Bureau of Alcohol, Tobacco, Firearms and Explosives (the Protected Material). Disclosure of the Protected Material shall be restricted to defendant, defendant's counsel, and any other members of defendant's trial team in the above-captioned matter. These specified individuals may use the Protected Material solely for purposes of trial in the above-captioned matter and are barred from disclosing it to any other person or using it for any other purpose.

IT IS SO ORDERED.

DATED: July 11, 2012

HONORABLE MAXINE M. CHESNEY
United States District Judge